# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 1:25-CR-17 (LAG)(ALS) |
| | : |
| BRADLEY LOVE, | : |
| | : |
| Defendant. | : |
| | : |

# **ORDER**

    Before the Court is Defendant Bradley Love's Unopposed Motion to Continue Trial in the Interest of Justice (Motion). (Doc. 24). Therein, Defendant moves to continue the pretrial conference and trial in this matter, currently set for December 10, 2025, and January 20, 2026, respectively. (*Id.* at 1; Doc. 20).

    On August 12, 2025, Defendant Bradley Love was charged with one count of distribution of child pornography, and two counts of possession of child pornography. (Doc. 1). Defendant made his initial appearance on September 3, 2025, pleaded not guilty, and was released on bond pending trial. (Docs. 8, 10, 12). On September 17, 2025, the Court granted Defendant's first Unopposed Motion to Continue. (Doc. 18, 19). The pretrial conference and trial in this matter were reset to December 10, 2025, and January 20, 2026, respectively. Defendant filed the subject Motion on December 2, 2025. (Doc. 24). Therein, Defendant represents that additional time is necessary to review a portion of discovery (Doc. 27 at 2). The Government does not oppose Defendant's Motion. (*Id.*).

    Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice and deny Defendant's Counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, Defendant's Motion (Doc. 24) is **GRANTED**, and the delay occasioned by

this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's September 30, 2025 Scheduling Order (Doc. 20) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 5th day of December, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**