**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CASE NO.: 1:25-cr-17 (LAG)(ALS) |
| BRADLEY LOVE, | : | |
| Defendant. | : | |

# ORDER

Before the Court is Defendant's Unopposed Motion Regarding Agreed Restitution Amount. For the foregoing reasons, Defendant's Motion is **GRANTED**.

In February 2026, Defendant Bradley Love entered a guilty plea to Distribution of Child Pornography. (Doc. 30). In June 2026, he was sentenced to 135 months of imprisonment, followed by 25 years of supervised release, and a $100.00 mandatory assessment fee. (Doc. 46). Leaving the issue of restitution for later determination, the Court initially set a restitution hearing for August 12, 2026. (*See* Docket). The Court reset the hearing for September 23, 2026. (*Id.*).

After discussions among Love, the Government, and counsel for the identified victim, the Parties agree to the statutory minimum restitution of $3,000.00. Accordingly, it is hereby **ORDERED** that restitution shall be imposed in the amount of $3,000.00. The final restitution hearing currently scheduled for September 23, 2026, at 2:00 p.m., in Albany, Georgia, is hereby **VACATED**.

**SO ORDERED**, this 21st day of September, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**